# SEALED

U. S. Department of Justice
*United States Attorney*
*District of Nevada*
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, NV 89101



GREGORY A BROWER
United States Attorney
ERIC JOHNSON
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336 / Fax: (702) 388-5087

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:06-CR-_077_ |
| vs. | **VIOLATIONS:** |
| JAN ALAN LINDSEY | 26 U.S.C. § 7201 - Evasion of Payment of Tax and Evasion of Assessment of Tax |
| DEFENDANT. | |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Evasion of Payment of Tax for the Years 1999 through 2002

Beginning on or about April 17, 2000, and continuing until the date of this Indictment, in the State and Federal District of Nevada and elsewhere,

**JAN ALAN LINDSEY,**

defendant herein, a resident of Clark County, Nevada, did willfully attempt to evade and defeat the payment of a large part of the income tax due and owing by him to the United States of America for the calendar years 1999, 2000, 2001 and 2002, by failing to timely file or pay his federal income tax liabilities for 1999, 2000, 2001 and 2002, as required by law, and by committing various acts that were designed to hide his income and assets from the Internal Revenue Service, including: (1) filing false tax returns for the years 1999, 2000, 2001

and 2002 with the Internal Revenue Service in 2008 which defendant then and there well knew understated income, overstated withholding and included false deductions; (2) making false statements to Internal Revenue Service, including that the defendant was not liable for any income taxes; (3) concealing and attempting to conceal from the Internal Revenue Service the nature, extent and location of his assets by various methods, including placing funds and property in the names of nominee third party entities; (4) providing false financial instruments to the Department of the Treasury and Internal Revenue Service in purported payment of taxes due; and (5) filing fraudulent documents with the Internal Revenue Service and government of Clark County, Nevada, in an attempt to remove Internal Revenue Service liens on property and income for payment of taxes due.

All in violation of Title 26, United States Code, Section 7201.

## COUNT TWO
Evasion of Assessment of Tax for the Year 2003

Beginning on or about April 15, 2004, and continuing until the date of this Indictment, in the State and Federal District of Nevada and elsewhere,

**JAN ALAN LINDSEY**,

defendant herein, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year 2003, by failing to timely file or pay his federal income tax liabilities for 2003, as required by law, and by committing various acts that were designed to hide his income and assets from the Internal Revenue Service, including: (1) filing a false tax return for the year 2003 with the Internal Revenue Service in 2008 which defendant then and there well knew included false deductions; (2) making false statements to Internal Revenue Service, including that the defendant was not liable for any income taxes; (3) concealing and attempting to conceal

from the Internal Revenue Service the nature, extent and location of his assets by various methods, including placing funds and property in the names of nominee third party entities; (4) providing false financial instruments to the Department of the Treasury and Internal Revenue Service in purported payment of taxes due; and (5) filing fraudulent documents with the Internal Revenue Service and government of Clark County, Nevada, in an attempt to remove Internal Revenue Service liens on property and income for payment of taxes due.

All in violation of Title 26, United States Code, Section 7201.

## COUNT THREE
Evasion of Assessment of Tax for the Year 2004

That beginning on or about April 15, 2005, and continuing until the date of this Indictment, in the State and Federal District of Nevada and elsewhere,

**JAN ALAN LINDSEY,**

defendant herein, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year 2004, by failing to timely file or pay his federal income tax liabilities for 2004, as required by law, and by committing various acts that were designed to hide his income and assets from the Internal Revenue Service, including: (1) filing a false tax return for the year 2004 with the Internal Revenue Service in 2008 which defendant then and there well knew included false deductions; (2) making false statements to Internal Revenue Service, including that the defendant was not liable for any income taxes; (3) concealing and attempting to conceal from the Internal Revenue Service the nature, extent and location of his assets by various methods, including placing funds and property in the names of nominee third party entities; (4) providing false financial instruments to the Department of the Treasury and Internal Revenue Service in purported payment of taxes due; and (5) filing fraudulent documents

.with the Internal Revenue Service and government of Clark County, Nevada, in an attempt to remove Internal Revenue Service liens on property and income for payment of taxes due. All in violation of Title 26, United States Code, Section 7201.

### COUNT FOUR
Evasion of Assessment of Tax for the Year 2005

That beginning on or about April 17, 2006, and continuing until the date of this Indictment, in the State and Federal District of Nevada and elsewhere,

**JAN ALAN LINDSEY,**

defendant herein, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year 2005, by failing to timely file or pay his federal income tax liabilities for 2005, as required by law, and by committing various acts that were designed to hide his income and assets from the Internal Revenue Service, including: (1) filing a false tax return for the year 2005 with the Internal Revenue Service in 2008 which defendant then and there well knew included false deductions; (2) making false statements to Internal Revenue Service, including that the defendant was not liable for any income taxes; (3) concealing and attempting to conceal from the Internal Revenue Service the nature, extent and location of his assets by various methods, including placing funds and property in the names of nominee third party entities; (4) providing false financial instruments to the Department of the Treasury and Internal Revenue Service in purported payment of taxes due; and (5) filing fraudulent documents with the Internal Revenue Service and government of Clark County, Nevada, in an attempt to remove Internal Revenue Service liens on property and income for payment of taxes due. All in violation of Title 26, United States Code, Section 7201.

## COUNT FIVE
Evasion of Assessment of Tax for the Year 2006

That beginning on or about April 16, 2007, and continuing until the date of this Indictment, in the State and Federal District of Nevada and elsewhere,

**JAN ALAN LINDSEY,**

defendant herein, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year 2006, by failing to timely file or pay his federal income tax liabilities for 2006, as required by law, and by committing various acts that were designed to hide his income and assets from the Internal Revenue Service, including: (1) filing a false tax return for the year 2006 with the Internal Revenue Service in 2008 which defendant then and there well knew included false deductions; (2) making false statements to Internal Revenue Service, including that the defendant was not liable for any income taxes; (3) concealing and attempting to conceal from the Internal Revenue Service the nature, extent and location of his assets by various methods, including placing funds and property in the names of nominee third party entities; (4) providing false financial instruments to the Department of the Treasury and Internal Revenue Service in purported payment of taxes due; and (5) filing fraudulent documents

. . .

. . .

. . .

. . .

. . .

with the Internal Revenue Service and government of Clark County, Nevada, in an attempt to remove Internal Revenue Service liens on property and income for payment of taxes due.

All in violation of Title 26, United States Code, Section 7201.

**DATED:** this ___3___ day of March 2009.

**A TRUE BILL:**

```
              /S/
    FOREPERSON OF THE GRAND JURY
```

GREGORY A. BROWER
United States Attorney

ERIC JOHNSON
Assistant United States Attorney