UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| IN THE MATTER OF THE PARTIAL REPORTS OF THE SPECIAL GRAND JURY THE __June 28, 2007__ TERM. __07-02__ | MINUTES OF COURT DATE: __March 3, 2009 @ 1:19pm-1:23pm__ |
|---|---|

FILED MAR - 3 2009 CLERK US DISTRICT COURT DISTRICT OF NEVADA

PRESENT: The Honorable __Lawrence R. Leavitt__, U.S. Magistrate Judge.

DEPUTY CLERK: __Erin Smith__   REPORTER: __Joyce Dennehy__

UNITED STATES ATTORNEY: __Eric Johnson__

A roll call of the Special Grand Jury is taken with __18__ members present for deliberations which constituted a quorum. The foreperson of the Special Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are __3__ SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| | | |
|---|---|---|
| **2:08-CR-0342-RLH-GWF SUPERSEDING** | **TROY E. SHEFFIELD** LOCAL FEDERAL CUSTODY | CUSTODY |
| **2:09-CR-0077** | SEALED (1 DEFENDANT) | WARRANT |
| **2:09-CR-0078** | SEALED (2 DEFENDANTS) | WARRANT |
| **2:09-CR-0079** | SEALED (1 DEFENDANT) | WARRANT |
| **2:09-CR-0080** | **CORNELL DUQUANEX ANDERSON** STATE CUSTODY - WRIT FILED | WARRANT |
| **2:09-CR-0081** | **HANS CHRISTIAN ANDERSON** | WARRANT |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:08-CR-342-RLH-GWF SUPERSEDING** will be held on **FRIDAY, MARCH 13, 2009 AT 8:30am** before **MAGISTRATE JUDGE GEORGE W. FOLEY in courtroom 3A.**

(PAGE 2)

**IT IS FURTHER ORDERED** that the Initial Appearance and Arraignment and Plea as to: **2:09-CR-0080** will be held on **FRIDAY, MARCH 13, 2009 AT 8:30am** before **MAGISTRATE JUDGE GEORGE W. FOLEY in courtroom 3A.**

**IT IS ALSO ORDERED** that the Arraignment and Plea as to the remaining case(s) will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk
United States District Court

/S/
_____

Erin Smith, Deputy Clerk