1  FRANNY A. FORSMAN
   Federal Public Defender
2  State Bar No. 000014
   SHARI L. KAUFMAN
3  Assistant Federal Public Defender
   State Bar No. 004461
4  411 E. Bonneville Avenue, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577 (Voice)
   (702) 388-6261 (Fax)
6
   Attorneys for Jan Alan Lindsey
7
                    UNITED STATES DISTRICT COURT
8
                        DISTRICT OF NEVADA
9

10   UNITED STATES OF AMERICA,              2:09-cr-077-JCM-PAL

11                  Plaintiff,              **STIPULATION TO CONTINUE
                                            TRIAL DATES**
12   vs.                                    (Fourth  Request)

13   JAN ALAN LINDSEY,

14                  Defendant.

15

16          IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden,

17   United States Attorney, and J. Gregory Damm, Assistant United States Attorney, counsel for the

18   United States of America; and Franny A. Forsman, Federal Public Defender, and Shari L. Kaufman,

19   Assistant Federal Public Defender, Counsel for JAN ALAN LINDSEY, that the calendar call

20   scheduled for January 20, 2010, at the hour of 1:30 p.m., and trial currently scheduled for January

21   25, 2010, at the hour of 9:00 a.m., be vacated and set to a date and time to be set by the court, but

22   no event earlier than thirty (30) days.

23          This Stipulation is entered into for the following reasons:

24          1.      That the parties are involved in negotiations which will obviate the need for

25   trial in this matter. Additional time is requested to finalize the plea agreement.

26          2.      The defendant is not incarcerated and does not object to the continuance.

27          3.      The parties agree to the continuance.

28          .

1    4.    The additional time requested by this Stipulation is excludable in computing

2    the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18,

3    United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A),

4    considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and

5    3161(h)(7)(B)(iv).

6    This is the fourth request for continuance filed herein.

7    DATED this 22nd day of January, 2010.

8    FRANNY A. FORSMAN                          DANIEL G. BOGDEN
     Federal Public Defender                    United States Attorney

9

10    /s/ Shari L. Kaufman                        /s/ Eric Johnson for
     By _____            By_____

11    SHARI L. KAUFMAN                           J. GREGORY DAMM
     Assistant Federal Public Defender          Assistant United States Attorney

12    Counsel for Defendant                      Counsel for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JAN ALAN LINDSEY,

       Defendant.

2: 09-cr-077-JCM-PAL

**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1.    That the parties are involved in negotiations which will obviate the need for trial in this matter. Additional time is requested to finalize the plea agreement.

    2.    The defendant is not incarcerated and does not object to the continuance.

    3.    The parties agree to the continuance.

    4.    The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv).

    This is the fourth request for continuance filed herein.

    For all of the above-stated reasons, the ends of justice would best be served by a continuance of the trial dates.

1

**CONCLUSIONS OF LAW**

2    The ends of justice served by granting said continuance outweigh the best interest of the

3    public and the defendant in a speedy trial, since the failure to grant said continuance would be likely

4    to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity

5    within which to be able to effectively and thoroughly prepare for trial, taking into account the

6    exercise of due diligence.

7    The continuance sought herein is excludable under the Speedy Trial Act, title 18, United

8    States Code, Section 3161(h)(1)(A), 3161(h)(7) and Title 18 United States Code, §§ 3161 (h)(7)(A),

9    when the considering the facts under Title 18, United States Code, §§ 3161(h)(7)(B) and

10   3161(h)(7)(B)(iv).

11

**ORDER**

12   IT IS THEREFORE ORDERED that trial briefs, proposed voir dire questions, proposed jury

13   instructions, and a list of the Government's prospective witnesses must be electronically filed to the

14   Court by the _____ day of _____, 2010, by the hour of 4:00 p.m.

15   IT IS FURTHER ORDERED that the calendar call  scheduled for January 20, 2010, at the

16   hour of 1:30 p.m.; be vacated and continued to _____ and the

17   trial currently scheduled for January 25, 2010, at the hour of 9:00 a.m., be vacated and continued to

18   _____.

19   DATED _____ day of January,  2010.

20

21
                                                        _____
22                                                       UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

4