FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 000014
SHARI L. KAUFMAN
Assistant Federal Public Defender
State Bar No. 004461
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577 (Voice)
(702) 388-6261 (Fax)

Attorneys for Jan Alan Lindsey

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JAN ALAN LINDSEY,<br><br>           Defendant. | 2:09-cr-077-JCM-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING DATE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and J. Gregory Damm, Assistant United States Attorney, counsel for the United States of America; and Franny A. Forsman, Federal Public Defender, and Shari L. Kaufman, Assistant Federal Public Defender, Counsel for JAN ALAN LINDSEY, that the sentencing hearing currently scheduled for Friday, July 9, 2010 at the hour of 10:00 a.m., be vacated and set to a date and time convenient to this court, however in no event earlier than two (2) weeks.

This Stipulation is entered into for the following reasons:

1.   Defense counsel needs additional time to submit any sentencing briefs and effectively and thoroughly investigate sentencing matters.

2.   The defendant is not incarcerated and does not object to the continuance.

3.   The parties agree to the continuance.

. . .

1     This is the first request to continue sentencing hearing date filed herein.

2     DATED this 2nd day of June, 2010.

| FRANNY A. FORSMAN<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ Shari L. Kaufman*<br>By _____<br>SHARI L. KAUFMAN<br>Assistant Federal Public Defender<br>Counsel for Defendant Lindsey | */s/ J. Gregory Damm*<br>By _____<br>J. GREGORY DAMM<br>Assistant United States Attorney<br>Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | 2: 09-cr-077-JCM-PAL |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| JAN ALAN LINDSEY, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, July 9, 2010 at the hour of 10:00 a.m., be vacated and continued to **Friday, July 23, 2010 at 10:30 a.m.**

DATED 9th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE