FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 000014
SHARI L. KAUFMAN
Assistant Federal Public Defender
State Bar No. 004461
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Jan Alan Lindsey

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-077-JCM-PAL |
| Plaintiff, | **LETTERS OF SUPPORT** |
| vs. | |
| JAN ALAN LINDSEY, | |
| Defendant. | |

COMES NOW, the defendant JAN ALAN LINDSEY, by and through his attorney, Shari L. Kaufman, Assistant Federal Public Defender, and hereby submits the attached six (6) letters of support in anticipation of his sentencing hearing scheduled for Friday, July 23, 2010 at 10:30 a.m. (See attached as Exhibit A).

DATED this 16th day of July, 2010.

FRANNY A. FORSMAN
Federal Public Defender

*/s/ Shari L. Kaufman*
_____
SHARI L. KAUFMAN
Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on July 16, 2010, she served an electronic copy of the above and foregoing **LETTERS OF SUPPORT**, by electronic service (ECF) to the person named below:

      DANIEL G. BOGDEN
      United States Attorney
      ERIC JOHNSON
      Assistant United States Attorney
      J. G. DAMM
      Assistant United States Attorney
      333 Las Vegas Blvd. So., 5th Floor
      Las Vegas, Nevada 89101

Via Email Transmission:

      UNITED STATES PROBATION
      WENDY BECKNER
      United States Probation Officer

                                  */s/ Blanca Lenzi*
                                  _____
                                  Employee of the Federal Public Defender