# EXHIBIT "A"

# EXHIBIT "A"

Lloyd & Karen Watson

June 18, 2010

The Honorable James Mahan, U.S. District Judge
U.S. District Court
Las Vegas, NV

Reference:   Jan Lindsey

Dear Judge Mahan:

My wife and I have known Jan Lindsey for more than 40 years. I am a businessman living in Henderson, Nevada. I am 64 years old and my wife is 57 and we have lived in Henderson for the past five years. We moved to Henderson to be close to our friends Jan and Marsha Lindsey. Over the past 40 years, we have observed Jan as a conscientious dedicated FBI agent, husband and father. His devotion to his job and family was paramount and an unquestionable allegiance to his country as shown by his honorable service in the military.

Over the past several years, Jan has started to question some of the legality of laws that affect citizens of the U.S.A. This was based on his legal training obtained while he was with the FBI. We have had discussions on these issues with Jan and he has acknowledged to us that he regrets his past decisions. He sees how this incident has and will continue to upset his life and the difficulties that lay ahead of him.

We understand the need for the legal system to provide appropriate punishment for those that break our laws. We also understand that punishment comes in various ways. Jan has lost his home, his wife and all his retirement savings. This incident has placed a toll on his ability to sleep and concentrate on everyday issues. More than anything he wants to go forward with his remaining years and hopefully regain a normal life. We do not understand how anyone would benefit by the removal of Jan from society. We ask that you consider the emotional and financial punishment already placed upon Jan and consider a less severe judgment.

Thank you,

*Lloyd Watson*                *Karen Watson*
Lloyd Watson                  Karen Watson

Mr. & Mrs. Craig C. Miller



The Honorable James Mahan
U. S. District Judge
U. S. District Court
Las Vegas, Nevada

Judge Mahan:

My name is Craig Miller and my wife Carol and I have been friends and neighbors of Jan Lindsey for over 9 years. We have always found him to be a very caring and considerate person. Although we may not always agree on issues, he is a person that feels strongly about values and love of country. This entire situation has been an extremely humbling experience and I have seen the regret and remorse for what he has done. I have spoken with him of his beliefs many times over the years but presently, I see a much different person. He understands the errors in thinking that he had in the past and does want to right those wrongs.

I have been a law enforcement officer for over 35 years. I have seen my share of defendants that say they are remorseful for what they've done but know in my heart that it's only a front. In Mr. Lindsey's case, I feel he is truthful in what he is saying and I believe strongly that he has accepted full responsibility for his actions.

He has been shunned by many and will continue to have financial responsibilities for most likely the remainder of his life. Incarceration would not benefit society or the justice system that would need to house him. There is not a day that he has not regretted his lack of good judgment at that time especially after having such a stellar career.

Jan Lindsey is a good trusting friend that I know my wife and I could count on if we were in need. I hope you will see the value in him and his life aside from this instance.

Sincerely,

Craig C. Miller

Case 2:09-cr-00077-JCM-PAL   Document 34-1   Filed 07/16/10   Page 4 of 7



**LMS DESIGN GROUP**

June 22, 2010

Honorable James Mahan
US District Judge
US Court Las Vegas, NV

Dear Sir,

This letter is being written on behalf of Mr. Jan Lindsey and will provide some insight on my relationship with Jan and as a testament to his character.

Jan and I have been close friends for eight years. From the first meeting it was clear that Jan is a caring and giving man. He embodies special qualities that all men should be made of and would in no way harm anyone.

From the Purple Heart and Silver Star he was awarded in Vietnam to the many accommodations he received from his years with the FBI it should be clear that Jan loves his country and is a man that has sacrificed himself for others.

My relationship with Jan and his wife Marsha has done nothing but enrich my life and I truly treasure the times we spend together. Finding a person as honorable and trustworthy as Jan does not happen often and sending him to prison is the true crime.

Sincerely,

Kathleen Miller

June 25, 2010

The Honorable James Mahan
U.S. District Judge, U.S. District Court
Las Vegas, Nevada

Dear Judge Mahan:

We, Al and Marcine Anthony, have known Jan and Marsha Lindsey since approximately 2003, during which time we became close friends. We have traveled together a few times and share an interest in exercise, sometimes seeing each other daily, being that we live nearby and frequent the same health club. Al works as a President for PICS, a Michigan based Inventory Services Company, and Marcine is involved in serving the community, volunteering at St. Rose Hospital and Junior League of Las Vegas.

Over the past year we have talked with Jan regarding his arrest at great length and he has always been very open and honest about the mistakes he has made and the genuine remorse he feels for his actions. Our support, faith and trust in him remain the same as it did before his arrest. Al's 83 year old mother, Pauline Anthony, feels the same way we do and appears quite distraught at the thought of incarcerating Jan, who she knows to be a very kind and gentle man.

Military service has been a family tradition with both our fathers and Al serving in the Air Force. Therefore, we have nothing but respect and admiration for Jan's prior service to our country as a Vietnam Veteran and his years as a FBI agent.

We both do not feel that it would benefit society in any way to incarcerate Jan.

Thank you,

*[signatures]*
Al and Marcine Anthony

June 27, 2010

The Honorable James Mahan
U. S. District Judge
U. S. District Court
Las Vegas, Nevada

Dear Judge Mahan:

I am writing this letter on behalf of my friend, Jan Lindsey.

I retired from Rockwell International near Los Angeles, Ca., in October, 1999 and moved to Sun City Anthem, Henderson, Nevada. I have been the tennis instructor for Sun City Anthem retirement community for approximately nine years. I met Jan and Marsha Lindsey sometime in 2002 when they took private and group lessons with me.

During our friendship over the past years, I learned about Jan's many years of dedicated service to his country. He shared proud stories of his tour in Vietnam, being awarded a Silver Star and several Purple Hearts. It was also evident how proud Jan was to have been a career FBI agent.

Jan is always a gentleman on and off the tennis court. He has always interacted well with other retirees at the recreation center and is generally well thought of by the residents of Sun City. I feel he made a mistake in questioning the government about taxes but I know that he has accepted full responsibility for his misguided conduct. I personally still hold him in high regard...regardless of his mistakes.

I do not believe Jan should be imprisoned for his mistake. He has endured substantial personal losses including the affection of his wonderful wife, Marsha, and loss of their home to foreclosure and now losing respect of former FBI co-workers. I know he regrets his actions and he now only wants to work toward settlement with the IRS and put this behind him.

I believe jailing Jan would only delay his efforts in making restitution. Also, jailing him would be a burden on the government and would be of no benefit to the government, IRS or society in general.

Sincerely,

Tom Soona

The Honorable James Mahan
U.S. District Judge
U.S. District Court
Las Vegas, Nevada


Dear Judge Mahan,

Please take into consideration the following sincere plea.

There is no lesson that incarceration could teach or punishment that the judicial system can meter out that Jan Lindsey has not already taken out on himself. Jan has disgraced himself and is truly remorseful for his actions that bring him before your bench. Only Jan can speak to his actions and the outside influences that helped shape his legal problems. Jan has suffered significant financial loss, including the loss of his home, and has caused significant financial loss for his wife Marsha as well. Embarrassment and loss of pride are only two factors that brought Jan to try and take his life, after his arrest, as he could not deal with his shame. Jan was hospitalized and obtained psychiatric help to deal with his shame. Would it serve justice to punish Jan even more? Jan has committed a crime but in the end the only people that Jan hurt were himself and his family.

I know Jan as a proud American who has served his country in the battlefields of Viet Nam and on the streets of this country as a decorated FBI agent. Jan has been a good friend for over ten years and is one of only a few I would trust with my life or the lives of my family. I met Jan on the tennis courts at Sun City in Henderson Nevada. I liked Jan's sense of humor immediately but over the years liked Jan even more for his intellect and simple family values. Jan and Marsha started attending church with us which strengthened our bond. As a self-employed consultant who traveled a great deal, it gave me comfort to know that if my family needed help in my absence that Jan was there to handle things. I feel blessed to have Jan as a friend.

I humbly ask that you show mercy in sentencing Jan and thank you for considering my plea.

Sincerely,
Bruce Clark